1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-3501
   Facsimile: (415) 512-3515
5  Email:      jamesw@skwsf.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
   BOARD OF TRUSTEES OF THE LABORERS          Case No. C-06-6744 SI
11 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD OF          NOTICE OF
12 TRUSTEES OF THE LABORERS VACATION-         SUBSTITUTION
   HOLIDAY TRUST FUND FOR NORTHERN            OF ATTORNEY
13 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
14 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE LABORERS
15 TRAINING AND RETRAINING TRUST
   FUND FOR NORTHERN CALIFORNIA,
16
                  Plaintiffs,
17
   v.
18
   A C PAVING, INC., a California corporation; and
19 LARRY D. ALFORD, an Individual,

20                Defendants.

21

22     Plaintiffs BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE

23 TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS

24 VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF

25 TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and

26 ///
   ///
27 ///
   ///
28 ///

                                  -1-

Notice of Substitution of Attorney [Case No. C-06-6744 SI]

BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND

FOR NORTHERN CALIFORNIA, hereby substitute as their attorney:

> Ronald L. Richman, Esq. (SBN 139189)
> Bullivant Houser Bailey, P.C.
> 601 California Street, Suite 1800
> San Francisco, California  94108-2823
>
> Telephone No.  (415) 352-2700
> Facsimile No.  (415) 352-2701
> E-Mail:          Ron.Richman@bullivant.com

in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,

Stanton, Kay & Watson, LLP.

**NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

DATED:   December  _21_  , 2006       Ronald L. Richman
                                       BULLIVANT HOUSER BAILEY, P.C.

                                       By: _____
                                           Ronald L. Richman

**FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

DATED:    December 20, 2006           James P. Watson
                                       Bruce K. Leigh
                                       Anne Bevington
                                       STANTON, KAY & WATSON, LLP

                                       By: _____
                                           Anne Bevington

**PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

DATED:    December  _22_  , 2006      BOARD OF TRUSTEES OF THE LABORERS HEALTH AND
                                       WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;
                                       BOARD OF TRUSTEES OF THE LABORERS VACATION-
                                       HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA;
                                       BOARD OF TRUSTEES OF THE LABORERS PENSION
                                       TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD
                                       OF TRUSTEES OF THE LABORERS TRAINING AND
                                       RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

                                       By: _Edward Smith_____
                                       Name: _Edward Smith_____
                                       Title: _Fund manager_____
                                       Authorized Representative

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
*[signature]* Judge Susan Illston

F:\CASES\7000\7000.1072 AC Paving\PLEADINGS\SUBSTITITION OF ATTORNEY.doc

-2-

Notice of Substitution of Attorney [Case No. C-06-6744 SI]