Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> A.C. PAVING, INC. a California corporation; and LARRY D. ALFORD, an individual, <br><br> Defendants. | Case No.: C-06-6744 SI <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** <br><br> Date: February 2, 2007 <br> Time: 2:00 p.m. <br> Ctroom: 10, 19th Floor <br> Hon. Susan Illston |

    Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

    Plaintiff filed their First Amended Complaint on November 3, 2006. Defendants were served on January 5, 2007. Defendants' Answer was due on January 26, 2007. No Answer has been filed by either Defendant.

///

IMANAGE_SFO:6075515.1

-1-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

1  Plaintiffs intend to proceed via default.  Based on the above, Plaintiffs respectfully
2  request that this Court continue the Initial Case Management Conference for sixty (60) days.  At
3  that time, Plaintiffs will file their Request for Default and proceed with a Motion for Default
4  Judgment.
5  DATED:  January 30, 2007

BULLIVANT HOUSER BAILEY PC

By _____/s/ Ronald L. Richman_____
        Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 2, 2007 at 2:00 p.m. be continued to __4/6/07__, 2007 at 2:00 p.m., Courtroom 10, 19th Floor.

DATED:  January ____, 2007

By _____/s/ Susan Illston_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Plaintiff shall set the hearing for entry of default judgment on 4/6/07 @ 9:00 a.m.